UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 14 P 3: 42

U.S. DISTRICT COURT
DISTRICT OF MASS

MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al.,

    Plaintiffs,

v.

C. J. AUDITORE FLOORING, INC.,

    Defendant.

)
)
)
)
)
) CIVIL ACTION
) NO. 04-10553-MEL
)
)
)
)
)

### REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, C. J. Auditore Flooring, Inc., 10 L Rocco Drive, Derry, NH 03038 in the above-captioned action. Defendant C.J. Auditore Flooring, Inc. was served with the complaint on March 31, 2004. A copy of proof of service is attached.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: June 4, 2004

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

Attorney for plaintiff Massachusetts
Carpenters Central Collection Agency

## CERTIFICATE OF SERVICE

  I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to C. J. Auditore Flooring, Inc., 10 L Rocco Drive, Derry, NH 03038.

_____
Christopher N. Souris

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Chrly Audr_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Charles Auditore |
| 1. Article Addressed to:<br>C. J. Auditore Flooring Inc<br>10 L Rocco Drive<br>Derry, NH 03038 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[DERRY NH MAR 31 2004 postmark]<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer...)  7003 0500 0002 3271 1546 | |
| PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540 | |