## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 **MASS CARPENTERS CENTRAL COLLECTION AGENCY, et al**          CIVIL ACTION
                       **Plaintiff**

                                        NO.  04-10553-MEL

                  **V.**

**C.J. AUDITORE FLOORING, INC.**
                       **Defendant**

### NOTICE OF DEFAULT

     Upon application of the Plaintiff,  **Mass Carpenters Central Collection Agency, et al**  for an order of Default for failure of the Defendant, **C.J. Auditore Flooring, Inc.** , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  **22**  day of  **June 2004**  .

                                   **TONY ANASTAS**
                                   **CLERK OF COURT**

                       **By:    /s/ George H. Howarth**
                            **Deputy Clerk**

**Notice mailed to: Counsel and deft.**

**(Default Notice.wpd - 2/2000)**                                                              **[ntcdflt.]**