UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS CLKS OFFICE

MASSACHUSETTS CARPENTERS CENTRAL COLLECTION    )    2004 JUL -8  A 11: 48
AGENCY, et al.,                                )
                                               )
        Plaintiffs,                            )    U.S. DISTRICT COURT
                                               )    DISTRICT OF MASS
                                               )    CIVIL ACTION
v.                                             )    NO. 04-10553-MEL
                                               )
C. J. AUDITORE FLOORING, INC.,                 )
                                               )
        Defendant.                             )
                                               )
_____)

## JUDGMENT

LASKER, D.J.

        Defendant C. J. Auditore Flooring, Inc. having failed to plead or otherwise defend

in this action and default having been entered on June 22, 2004;

        Now, upon application of plaintiffs and a declaration demonstrating that

defendant owes plaintiff the sum of $114,759.94, that defendant is not an infant or incompetent

person or in the military service of the United States, and that plaintiffs have incurred costs in the

sum of $154.42, it is hereby

### ORDERED, ADJUDGED AND DECREED:

        1.  That plaintiffs recover from defendant C. J. Auditore Flooring, Inc. the sum of

$114,913.82 with interest as provided by law.

                                        By the Court,

                                        _____
                                        Deputy Clerk

Dated: 07-19-04

NOTE: The post judgment interest rate effective this date is ___%.
                                        2.04 %